1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SCOTTSDALE INDEMNITY COMPANY,

              Plaintiff,

vs.

QUALITY MEDICAL IMAGING OF
CALIFORNIA, INC, *et al.*,

              Defendants.

2:18-cv-00313-APG-VCF

**ORDER**

Before the court is QMI's Notice of Motion and Motion for Leave to File Amended Answer,
Affirmative Defenses, and Counterclaims to Plaintiff's Complaint (ECF No. 33).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and
authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's
fees, constitutes a consent to the granting of the motion. Here, it would seem as though the opposing
parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that QMI's Notice of Motion and Motion for Leave to File Amended
Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Complaint (ECF No. 33) is GRANTED.

1  QMI must file its amended answer and affirmative defenses on or before September 14, 2018. QMI

2  California must file its counterclaims on or before September 14, 2018.

3        DATED this 7th day of September, 2018.

4  CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE