IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

SCOTTSDALE INDEMNITY COMPANY, ) Case No.: 2:18-cv-00313-APG-VCF
)
)
) Plaintiff(s),
)
vs. )
)
QUALITY MEDICAL IMAGING OF )
CALIFORNIA, INC.; AND QUALITY )
MEDICAL IMAGING, LLC, )
)
             Defendant(s). )

## SUBSTITUTION OF ATTORNEY

Scottsdale Indemnity Company (Plaintiff) (Defendant) hereby substitutes
    (Name of Party)

Valerie D. Rojas of Cozen O'Connor
             (New Attorney)

(Address): 601 S. Figueroa Street, Los Angeles, CA 90017

(Telephone): (213) 892-7900 , as attorney of record in place and

stead of: Leland Howard Jones , IV of Wiley Rein LLP
      Breitman LLP      (Present Attorney)

DATED: October 8 , 2018      Raymond Cashman, Director
                                          (Signature of Party)

I consent to the above substitution.

DATED: October 8 , 2018
                                         (Signature of Present Attorney)

. . .

. . .

. . .

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: October 9, 2018                    _____
4 |                                            (Signature of New Attorney)
5 |
6 | Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
7 |
8 |                              APPROVED:
9 | DATED: October 11, 2018
10|                              UNITED STATES ~~DISTRICT~~ JUDGE
11|                                        Magistrate

2

## CERTIFICATE OF SERVICE

In accordance with Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that on the 9th day of October 2018, a copy of **SUBSTITUTION OF ATTORNEY** was served on all CM/ECF registered parties by filing and serving the same using the CM/ECF filing system.

                                                */s/ Bonnie Kerkhoff Juarez*
                                                BONNIE KERKHOFF JUAREZ
                                                An Employee of Selman Breitman LLP