# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, | Case No.: 2:18-cv-00313-APG-VCF |
| Plaintiff | **Order for Status Report** |
| v. | |
| QUALITY MEDICAL IMAGING OF CALIFORNIA, INC. and QUALITY MEDICAL IMAGING, LLC, | |
| Defendants | |

IT IS ORDERED that the parties shall file a status report on or before September 30, 2019.

DATED this 18th day of September, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE