# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>QUALITY MEDICAL IMAGING OF CALIFORNIA, INC. AND QUALITY MEDICAL IMAGING, LLC,<br><br>    Defendants | Case No.: 2:18-cv-00313-APG-VCF<br><br>**Order for Stipulation of Dismissal or Status Report** |

In September 2019, the parties advised the court that they had reached a settlement. ECF No. 56. However, they have not yet filed a stipulation of dismissal in this case.

I ORDER the parties to file a stipulation of dismissal or status report by April 24, 2020.

DATED this 31st day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE