# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, | Case No.: 2:18-cv-00313-APG-VCF |
| Plaintiff | **Order Staying Case** |
| v. | |
| QUALITY MEDICAL IMAGING OF CALIFORNIA, INC. AND QUALITY MEDICAL IMAGING, LLC, | |
| Defendants | |

Based on the parties' joint status report (ECF No. 59), this case is stayed until September 18, 2020. The parties shall file a stipulation of dismissal or a status report by September 18, 2020.

DATED this 27th day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE