# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTTSDALE INDEMNITY COMPANY, | Case No.: 2:18-cv-00313-APG-VCF |
| Plaintiff | **Order for Stipulation of Dismissal or Status Report** |
| v. | |
| QUALITY MEDICAL IMAGING OF CALIFORNIA, INC. AND QUALITY MEDICAL IMAGING, LLC, | |
| Defendants | |

In September 2019, the parties advised the court that they had reached a settlement. ECF No. 56.  In April 2020, I stayed the case and ordered the parties to file a stipulation of dismissal or a status report by September 18, 2020. ECF No. 61.  That date has passed but the parties have not filed a stipulation of dismissal or a status report.

I ORDER the parties to file a stipulation of dismissal or status report by October 2, 2020. The failure to do so will result in dismissal of the case without further notice.

DATED this 24th day of September, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE